Frank A. Connolly, Respondent, v. American

Casualty Insurance Company, Appellant.— Order affirmed, with ten dollars costs and disbursements.

Franz Chwatai, Appellant, v. George Schreiner, Respondent.— Judgment affirmed, with costs.